ACCEPTED
03-15-00510-CR
7444361
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/20/2015 6:31:43 AM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00510-CR

| | | | |
|---|---|---|---|
| JOHNNIE LEE WILSON | § | IN THE | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| | § | | |
| VS. | § | 3rd COURT | 10/20/2015 6:31:43 AM |
| | § | | JEFFREY D. KYLE |
| STATE OF TEXAS | § | OF APPEALS, Austin, Texas | Clerk |

### MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes JOHNNIE WILSON Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file Appellant's Brief pursuant to Rule 38.6 (d) of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. On October 19 2015 this counsel filed Appellant's Motion to Extend Time to File Appellant's Brief.

2. This case is on appeal from the 391st District Court of Tom Green County Texas.

3. The case below was styledState vs. Johnnie Wilson and numbered D-14-0850-SA. The Appellant was convicted of Aggravated robbery was sentenced to 25 years in the institutional

1

division of the Texas Department of Criminal Justice On April 29, 2015. A Motion for new trial was filed. May 28, 2015.

5.    Notice of appeal was given on August 11, 2015 after and extension was granted by this court.

6.    The clerk's record was filed on August 27, 2015; the reporter's record was file on August 21, 2015.

8.    Counsel is appointed in this matter. Counsel was not trial counsel in this matter and needs additional time to review the clerk's record and reporter's record in the matter and draft the brief in order to render effective assistance of counsel.

9.    Counsel therefore requests this court extend the time for filing said Brief to days 60 from the current due date of September 28, 2015, 2015.

10.    No previous Extensions have been granted regarding this matter.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

2

Respectfully submitted,
Nathan Butler Attorney at law
123 S. Washington
San Angelo, Texas 76901
Tel: (325) 653-2373
Fax: (325) 482-8064


By:**/s/ Nathan Butler**
Nathan Butler
State Bar No. 24006935
Attorney for Appellant


## CERTIFICATE OF SERVICE

This is to certify that on, October 19, 2015, a true and correct copy of the above and foregoing document was served on the following by united states mail.


Allison Palmer
District Attorney
51st District Court Tom Green County
124 W. Beauregard
San Angelo, Texas 76903


/s/Nathan Butler
Nathan Butler

STATE OF TEXAS          §
         §
COUNTY OF Tom Green          §

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared Nathan Butler, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Appellant's Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
Nathan Butler
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on October 19, 2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas



MELVA LANITA BUTLER
Notary Public, State of Texas
My Commission Expires
September 17, 2018

4